IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| ANTONIO RODREGIS DUFF, #186 551 | * | |
| Plaintiff, | * | |
| v. | * | 2:09-CV-878-CSC (WO) |
| OFFICER A. TOWNSEND, *et al.*, | * | |
| Defendants. | * | |

_____

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the

**ORDER, JUDGMENT,** and **DECREE** of the court that:

1. Defendants' motions for summary judgment are GRANTED;

2. Judgment is GRANTED in favor of Defendants and against Plaintiff;

3. This case is DISMISSED with prejudice; and

4. The costs of this proceeding are TAXED against Plaintiff for which execution

may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure.*

Done this 11th day of July, 2011.

_____/s/Charles S. Coody_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE